UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
          Plaintiff,  )
          v.  )  2:12-CR-286-LDG-(PAL)
JUSTIN JEFFREY DAVIDSON,  )
          Defendant.  )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on July 25, 2013, defendant JUSTIN JEFFREY DAVIDSON pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Distribution of a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1); and in Count Two with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 45; Change of Plea Minutes, ECF No. 46.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JUSTIN JEFFREY DAVIDSON pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 45; Change of Plea Minutes, ECF No. 46.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. a Glock 9 millimeter handgun bearing serial number BCF160US;
2. a Walther .22 caliber handgun bearing serial number L388874;
3. a Smith and Wesson .223 caliber rifle bearing serial number 8M81343;
4. an LRB Arms .223 caliber rifle bearing serial number 012683;
5. a Daniel Defense .223 caliber rifle bearing serial number 013628; and
6. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JUSTIN JEFFREY DAVIDSON in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 1st day of Aug., 2013.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on July 30, 2013, by the below identified method of service:

CM/ECF:

William B. Terry
William B. Terry, Chartered
530 South Seventh Street
Las Vegas, NV 89101
Email: info@williamterrylaw.com
*Attorney for Justin Jeffrey Davidson*

/s/Michelle C. Lewis
Michelle C. Lewis
Paralegal Specialist